FILED by \_\_\_\_ D.C.

JUL 31 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: CR 14-8296 JMH
      Plaintiff )
       ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
Gary Lee Jones )
      Defendant ) 09127-014
       USMS NUMBER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    **W. PALM BEACH**
     U.S. District Court      FT. PIERCE
                           (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
       MAGISTRATES COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7-29-14      am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 922

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: -59

(6) Type of Charging Document: (check one)
    [ ] Indictment   [✓] Complaint to be filed/already filed
    Case#_____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 7-29-14    (9) Arresting Officer: MAX TRIMM
(10) Agency: FDA    (11) Phone: 954 410 7146
(12) Comments: _____