AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

UNITED STATES MARSHALS SERVICE

JUL 2 8 2014

701 Clematis Street Suite 215
West Palm Beach, FL 33401

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   14-8296-JMH |
| GARY LEE JONES | ) | |
| Defendant. | ) | |

FILED by _____ D.C.

JUL 3 1 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GARY LEE JONES                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm, in violation of Title 18 U.S.C. Section 922(g)(1).

Date:   07/28/2014

*Issuing officer's signature*

City and state:   West Palm Beach, Florida

JAMES M. HOPKINS, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 7-28-14 , and the person was arrested on *(date)* 7-29-14
at *(city and state)* Boca Raton, FL  by FDA

Date: 7-30-14

*Arresting officer's signature*

P. JIMENEZ   DUSM
*Printed name and title*

9589933   1404 0729 4010-J