UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-8296-JMH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARY LEE JONES,

    Defendant.
_____/

## NOTICE OF REQUEST FOR DISCLOSURE
## OF EXPERT WITNESS SUMMARIES

The defendant, Gary Jones, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

    Respectfully submitted,
    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

    By: *s/Robert E Adler*
    Robert E Adler
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 259942
    450 South Australian Avenue
    Suite 500
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    (561) 833-0368 - Facsimile
    robert_adler@fd.org - Email

**CERTIFICATE OF SERVICE**

      I HEREBY certify that on **July 31, 2014**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/*Robert E Adler*
        Robert E Adler

## SERVICE LIST
### *UNITED STATES OF AMERICA V. GARY LEE JONES*
### CASE NO.   14-8296-JMH
### United States District Court, Southern District of Florida

Robert E. Adler
robert_adler@fd.org
Assistant Federal Public Defender
450 South Australian Avenue
Suite 500
West Palm Beach, Florida 33401
Phone:   561-833-6288
Fax:       561-833-0368
Attorney for Defendant

Stephen Carlton
stephen.carlton@usdoj.gov
Assistant United States Attorney
500 South Australian Avenue
Suite 400
West Palm Beach, Florida 33401
Phone:   561-820-8711
Fax:       561-659-4526
Attorney for Government