**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case Number: 14-8296-JMH

United States of America
        Plaintiff,

v.

GARY LEE JONES (J),


        Defendant.

_____/

JUL 3 0 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON INITIAL APPEARANCE

        The above-named defendant having been arrested and having appeared before the court for initial appearance on 07/30/2014, and proceedings having been held in accordance with Fed. R. Crim. P. 5 or 40(a), it is thereupon ORDERED as follows:

1.      **FEDERAL PUBLIC DEFENDER'S OFFICE** is appointed as permanent counsel of record.

2.      The defendant shall attempt to retain counsel and appear before the court on _____.

3.      Arraignment or preliminary examination scheduled for **8/20/14 @ 10am.**

4.      The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. § 3142 (d) or (f).  A detention or bond hearing, pursuant to 18 U.S.C. § 3142(f), is set for **8/7/14 @ 10am.**

5.      The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. § 3142:  .   This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions on the bond itself.

6.      The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions.  These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

7.      The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

        DONE AND ORDERED at West Palm Beach, Florida, on 07/30/2014.


James M. Hopkins
UNITED STATES MAGISTRATE JUDGE