UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  14-MJ-08296-JHM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GARY LEE JONES,

        Defendant.
_____/

## MOTION TO CONTINUE DETENTION HEARING

COMES NOW the Defendant, GARY LEE JONES, by and through his undersigned counsel, who has entered a temporary appearance only at this time, and hereby moves this Honorable Court for an Order continuing the Detention Hearing to the week of August 11, 2014, in this cause and in support thereof would show as follows:

1. Defendant was arrested on a complaint alleging one count of Unlawful Transport of Firearms by a convicted felon.

2. The undersigned has just been retained to represent the Defendant for this hearing and needs additional time to prepare. Additionally, the undersigned counsel has scheduling conflicts on Thursday, August 7, 2014.

3. The defendant would waive any time pursuant to the Speedy Trial Act.

4. The undersigned counsel has spoken with Marc Osborne, Assistant United States Attorney, who indicated that he has no objection to the granting of this Motion. The parties have agreed to reset this matter on any day next week except Monday, August 11, 2014.

5. The Defendant is aware of and approves this request.

6.	The undersigned counsel would hereby certify that this request is made in good faith and not for delay nor any improper purpose.

WHEREFORE, Defendant respectfully requests that this Motion to Continue be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by electronic transmission via CM/ECF, to MARC OSBORNE, Assistant United States Attorney, Office of the United States Attorney, 500 South Australian Avenue, West Palm Beach, Florida  33401, this 5th day of August, 2014

>Respectfully submitted,
>
>LAW OFFICES OF SALNICK, FUCHS & BERTISCH, P.A.
>One Clearlake Centre, Suite 1203
>250 South Australian Avenue
>West Palm Beach, Florida 33401-5014
>Telephone: (561) 471-1000
>Facsimile:  (561) 659-0793
>
>
>*/s/ Michael Salnick*_____
>MICHAEL SALNICK, Fla. Bar #270962